UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMAD TABASSAM,<br><br>        Plaintiff,<br><br>  -against-<br><br>WESTCHESTER COUNTY TAXI &<br>LIMOUSINE COMMISSION,<br><br>        Defendant. | 1:21-CV-7658 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By orders dated September 14, 2021, the Court directed Plaintiff, within 30 days, to (1) submit an amended *in forma pauperis* (IFP) application or pay the $402.00 in fees required to file a civil action in this court, and (2) resubmit the signature page of his complaint with his original signature. Both orders specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an amended IFP application, paid the fees, or resubmitted the signature page of his complaint with an original signature. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

  Plaintiff has consented to electronic service of court documents. (ECF 3.)

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  November 16, 2021
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge