UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD TABASSAM,

                    Plaintiff,

-against-

WESTCHESTER COUNTY TAXI &
LIMOUSINE COMMISSION,

                    Defendant.

1:21-CV-7658 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued November 16, 2021, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit an amended *in forma pauperis* application, pay the $402.00 in fees, or resubmit the signature page of his complaint with his original signature. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:  November 16, 2021
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                           Chief United States District Judge